IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DAYTON PULMONARY REHABILITATION CENTER, INC., et al.** | : | **CASE NO. 3:10-CV-00128** |
| | : | **Judge Timothy S. Black** |
| Plaintiffs, | : | |
| **MERIDIAN HEALTH CARE GROUP, INC., et al.** | : | |
| | : | |
| Defendants. | | |

## MUTUAL DISMISSAL OF ALL CLAIMS BY AND BETWEEN PLAINTIFFS AND DEFENDANT MERIDIAN HEALTHCARE GROUP, INC.

On agreement of Plaintiffs Dayton Pulmonary Rehabilitation Center, Inc. n/k/a Dayton Rehabilitation Center, LLC and GYP Holdings, LLC (collectively "Plaintiffs") and Defendant Meridian Healthcare Group, Inc. ("Meridian"):

**IT IS ORDERED, ADJUDGED, AND DECREED** that, pursuant to Fed.R.Civ.P. 41(a)(2) and 41(c), all claims, counterclaims, and requests for relief of any kind as between Plaintiffs and Meridian are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that nothing in this dismissal shall affect in any way any of the claims, counterclaims, or requests for relief of any kind as between Plaintiffs and Defendant PulmoRehab, LLC d/b/a Meridian.

**SO ORDERED:**

_Timothy S. Black_
**JUDGE TIMOTHY S. BLACK**

PAGE 2
CASE NO. 3:10-CV-00128
*MUTUAL DISMISSAL OF ALL CLAIMS BY AND BETWEEN PLAINTIFFS AND DEFENDANT MERIDIAN HEALTHCARE GROUP, INC.*

**APPROVED BY:**

*/s/Gregory B. O'Connor  09/29/11*
_____
Michael P. McNamee (0043861), Trial Counsel
Gregory B. O'Connor (0077901)
**McNAMEE & McNAMEE, PLL**
2625 Commons Blvd.
Beavercreek, OH 45431
Telephone: (937) 427-1367
Facsimile: (937) 427-1369
Email: mmcnamee@mcnameelaw.com
Email: goconnor@mcnameelaw.com
*Counsel for Plaintiffs*


*/s/Timothy J. Boone  09/28/11*
_____
Timothy J. Boone (0007143), Trial Counsel
**Timothy J. Boone Co., LPA**
1349 East Broad Street, 2nd Floor
Columbus, Ohio 43205
Telephone: (614) 228-0200
Facsimile: (614) 358-9814
Email: tjb@justice-law.net
*Counsel for Defendant Meridian Healthcare Group, Inc.*


Copy to:
Mark Melko, Esq., Counsel for Pulmorehab, LLC