# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**DAYTON PULMONARY**
**REHABILITATION CENTER, INC.,** *et al.*,

    Plaintiffs,

**CASE NO.**    **3:10-CV-128**

-vs-

**Judge Timothy S. Black**

**MERIDIAN HEALTHCARE**
**GROUP, INC.,** *et al.*,

    Defendants.

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[ ]**  **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**  **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that it is the judgment of the Court that Plaintiff Dayton Pulmonary Rehabilitation Center, Inc. breached the 2008 PSAs and owes $27,701.06 to Defendant PulmoRehab LLC.  Defendant PulmoRehab, LLC breached the written lease agreement for the Centerville location and owes $6,772.50 to Plaintiff GYP Holdings, LLC.  Defendant PulmoRehab LLC also breached the oral lease agreement for the Englewood location and owes $7,200 to Plaintiff Dayton Pulmonary Rehabilitation Center, Inc.; and that this case is **CLOSED**.

Date:  April 3, 2012                                   **JAMES BONINI, CLERK**

                                                                         By: *s/ M. Rogers*
                                                                         Deputy Clerk