# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**DAYTON PULMONARY
REHABILITATION CENTER, INC.,** *et al.*,

    Plaintiffs,

**-vs-**

**CASE NO.    3:10-CV-128**

**Judge Timothy S. Black**

**MERIDIAN HEALTHCARE
GROUP, INC.,** *et al.*,

    Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that it is the judgment of the Court that Plaintiff Dayton Pulmonary Rehabilitation Center, Inc. breached the 2008 PSAs and owes $27,701.06 to Defendant PulmoRehab LLC. Defendant PulmoRehab, LLC breached the written lease agreement for the Centerville location and owes $6,772.50 to Plaintiff GYP Holdings, LLC. Defendant PulmoRehab LLC also breached the oral lease agreement for the Englewood location and owes $7,200 to Plaintiff Dayton Pulmonary Rehabilitation Center, Inc.; and that this case is **CLOSED**.

Date:  April 3, 2012                                **JAMES BONINI, CLERK**

                                                                                              By: *s/ M. Rogers*
                                                                                              Deputy Clerk