UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DAYTON PULMONARY REHABILITATION CENTER, INC., *et al.*, | : : : | Case No. 3:10-cv-128 |
| | : | Judge Timothy S. Black |
| Plaintiffs, | : | |
| vs. | : : | |
| MERIDIAN HEALTH CARE GROUP INC., *et al.*, | : : : | |
| Defendants. | : | |

**AMENDED JUDGMENT IN A CIVIL CASE**

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that Plaintiff Dayton Pulmonary Rehabilitation Center, LLC, formerly known as Dayton Pulmonary Rehabilitation Center, Inc., breached the 2008 PSAs and owes $27,701.06 to Defendant PulmoRehab, LLC;

Defendant PulmoRehab, LLC breached the written lease agreement for the Centerville location and owes $6,772.50 to Plaintiff GYP Holdings, LLC;

Defendant PulmoRehab, LLC also breached the oral lease agreement for the Englewood location and owes $7,200 to Plaintiff Dayton Pulmonary Rehabilitation Center, LLC, formerly known as Dayton Pulmonary Rehabilitation Center, Inc.; and

PulmoRehab LLC is entitled to $22,528.96 in attorney fees from Dayton Pulmonary Rehabilitation Center, LLC, formerly known as Dayton Pulmonary Rehabilitation Center, Inc.;

The case remains **CLOSED** on the docket of the Court.

Date:  August 14, 2012               **JAMES BONINI, CLERK**
                                     By:   *s/ M. Rogers*
                                           Deputy Clerk